IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Timothy Charles Holmseth

**DESCRIPTION OF DOCUMENT FILED
CONVENTIONALLY**

v.

Case No.:   3:16-cv-303

City of Grand Forks/Grand Forks Police
Department et al

---

This document is a place holder for the following item(s) which is(are) filed in conventional or physical form with the Clerk's Office:

CD containing audio/video

This filing was not e-filed for the following reason(s):

☑ Exempt pursuant to the court's Administrative Policy Governing Electronic Filing and Service

☐ Other:

*Clerk's Office Internal Form:  E-file this place holder in ECF in place of the conventionally filed document(s).*

Rev. 10/2011